

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00235-CV

Yolanda Jaime **BERRELEZ**,
Appellant

v.

**MESQUITE LOGISTICS USA, INC.**,
Appellee

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 14-10-12408-DCV
Honorable Ron Carr, Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's order of dismissal is AFFIRMED.

We order that appellee Mesquite Logistics, USA, Inc. recover its costs of appeal from appellant Yolanda Jaime Berrelez.

SIGNED August 15, 2018.

Marialyn Barnard, Justice

---

[1] The Honorable Cynthia Muniz is the presiding judge of the 293rd Judicial District Court, Dimmit County, Texas. The order that is the subject of this appeal was signed by the Honorable Ron Carr, Senior Appellate Judge, sitting by assignment.